UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael Stephen Norris	Docket No. 5:10-CR-238-4D

## Petition for Action on Supervised Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Stephen Norris, who, upon an earlier plea of guilty to Conspiracy to Manufacture, Distribute, Dispense, and Possess With Intent to Distribute 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. §846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 8, 2011, to the custody of the Bureau of Prisons for a term of 147 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Michael Stephen Norris was released from custody on May 31, 2019, at which time the term of supervised release commenced.

On December 7, 2020, the defendant was charged in Lee County, North Carolina with the offense of Assault on a Female, Domestic Criminal Trespassing, and Breaking and Entering (20CR 51698). According to the police report, the defendant grabbed his girlfriend's phone out of her hand during an argument. The defendant denied the alleged charges. On December 9, 2020, the above-mentioned charges were voluntarily dismissed by the district attorney.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 2, 2020, the defendant signed a voluntary admission stating that he used methamphetamine on or about February 26, 2021. The defendant was verbally reprimanded for his behavior. The defendant will continue to engage in substance abuse treatment and random drug screen to ensure his sobriety. As a punitive sanction for his drug use, we are recommending that the conditions be made to include 60 days curfew restriction with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to the residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith | /s/ Michael Torres |
| Eddie J. Smith | Michael Torres |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2534 |
| | Executed On: March 2, 2021 |

Michael Stephen Norris
Docket No. 5:10-CR-238-4D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __3__ day of __March__, 2021, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge